**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY HALL, as an individual on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; CVS PHARMACY INC., a Rhode Island corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:25-cv-00173-JLT-BAM<br><br>[*Assigned to the Honorable Jennifer L. Thurston; Courtroom 4, 7th Floor*]<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY TO FACILITATE SETTLEMENT** |

Presently before the Court is the Parties' Joint Motion to Stay to Facilitate Settlement. Upon careful consideration and good cause shown, the Parties' motion is **GRANTED**. This case shall be stayed until February 16, 2026. Within fourteen (14) days of the expiration of the stay, the Parties shall either (a) move for approval of their settlement; or (b) file their Joint Status Report regarding the outcome of the settlement negotiations. The Scheduling Conference currently set for August 27, 2025, is **VACATED**.

IT IS SO ORDERED.

Dated: **August 14, 2025**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY TO FACILITATE SETTLEMENT