# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALL, as an individual on behalf of herself and all other similarly situated individuals,<br><br>        Plaintiff,<br><br>        v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; CVS PHARMACY INC., a Rhode Island corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:25-CV-00173-JLT-FRS (SAB)<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>(ECF No. 14) |

Before the Court is the parties' Joint Status Report Regarding Status of Settlement. (ECF No. 14.) The parties state that they attended mediation on January 15, 2026 but were unable to reach a resolution to this action. The parties request that the Court set the Mandatory Scheduling Conference for April 23, 2026 or a date convenient to the Court.

Pursuant to the parties' Joint Status Report and good cause appearing, the Scheduling Conference is set for **April 23, 2026 at 9:00 AM in Courtroom 8.** The parties shall file a joint scheduling report one week prior to the Scheduling Conference. The parties shall appear at the conference remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

                               STANLEY A. BOONE<br>                               United States Magistrate Judge