UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALL, | Case No.  1:25-cv-00173-JLT-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| CVS HEALTH CORPORATION, et al., | |
| Defendants. | |

On April 14, 2026, Defendants CVS Health Corporation and CVS Pharmacy, Inc. filed a Motion for Judgment on the Pleadings. (ECF No. 17.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for April 23, 2026, is continued to July 28, 2026, at 9:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE