UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHLEY HALL,

        Plaintiff,

    v.

CVS HEALTH CORPORATION, et al.,

        Defendants.

Case No.  1:25-cv-00173-JLT-FJS

ORDER VACATING HEARING ON MOTION TO AMEND

On April 16, 2026, Plaintiff filed a motion for leave to file a first amended complaint. (ECF No. 18.) On April 30, 2026, Defendants CVS Health Corporation and CVS Pharmacy Inc. filed their opposition to Plaintiff's motion. (ECF No. 22.) Plaintiff filed her reply on May 8, 2026. (ECF No. 23.) The court has deemed Plaintiff's motion, currently noticed for hearing on May 22, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the hearing is vacated, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

    Dated:  __**May 14, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE