UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHLEY HALL,

Plaintiff,

v.

CVS HEALTH CORPORATION, et al.,

Defendants.

Case No. 1:25-cv-00173-JLT-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On April 14, 2026, Defendants CVS Health Corporation and CVS Pharmacy, Inc. filed a motion for judgment on the pleadings. (ECF No. 17.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for July 28, 2026, is continued to October 28, 2026, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE